# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL GEYSER WATER COMPANY, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL CHEMICAL CORPORATION, <br><br> Defendant. | CASE NO. 1:16-CV-00960-AWI EPG <br><br> **AMENDED SCHEDULING ORDER** |

This Court conducted a telephonic status conference on January 22, 2018. The parties were instructed to submit a proposed revised schedule, without the need for extensions, absent good cause, including a new trial date. The parties submitted their proposal on March 1, 2018. (ECF No. 28.) The Court hereby AMENDS the discovery schedule as follows:

1. Defendant to Propose Non-Disclosure: February 2, 2018;
2. Defendant to Provide Full and Complete Non-Privileged Discovery Responses: February 15, 2018;
3. Factual Discovery and Depositions: April 16, 2018;
4. Status Conference set for 5/14/2018 at 9:30 a.m AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances at said conference, with each party directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word

format, to epgorders@caed.uscourts.gov, for the Judge's review.

5. Plaintiffs' Designation of Experts: June 1, 2018;

6. Defendant's Designation of Experts: July 16, 2018;

7. Expert Discovery Deadline: August 15, 2018;

8. Dispositive Motions: September 4, 2018;

9. Pretrial Conference set for 1/3/2019 at 10:00 AM in Courtroom 2 (AWI) before District Judge Anthony W. Ishii; and

10. Jury Trial set for 3/5/2019 at 8:30 AM in Courtroom 2 (AWI) before District Judge Anthony W. Ishii (6-day estimate).

IT IS SO ORDERED.

Dated: **March 5, 2018**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE