IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION


FILED
MAY 14 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

CRYSTAL GEYSER WATER COMPANY
And
SOMPO JAPAN INSURANCE COMPANY
OF AMERICA
    Plaintiffs

v.

INTERNATIONAL CHEMICAL CORP.
    Defendant

CIVIL ACTION

NO. 1:16-cv-00960-AWI-EPG

JURY TRIAL DEMANDED

## ORDER

AND NOW, this 14th day of May, 2018, upon consideration of the Joint Motion for Extension of Deadlines, it is hereby **ORDERED AND DECREED** that said Motion is **GRANTED**, and the court deadlines are extended as follows:

| | |
|---|---|
| Defendant to Provide Full and Complete Non-Privileged Discovery Responses: | 5/16/2018 |
| Factual Discovery and Depositions: | 7/16/2018 |
| Plaintiffs' Designation of Experts: | 8/31/2018 |
| Defendant's Designation of Experts: | 10/15/2018 |
| Expert Discovery Deadline: | 11/15/2018 |
| Dispositive Motions: | 12/5/2018 |
| Pre-Trial Conference: | 4/4/2019 at 10:00 AM before Before Judge Anthony W. Ishii |
| Trial: | 6/4/2019 at 8:30 AM Before Judge Anthony W. Ishii |

DATED: May 14, 2018

E. P. [signature]
ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE