# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL GEYSER WATER COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL CHEMICAL CORP., <br><br> Defendant. | Case No. 1:16-cv-00960-AWI-EPG <br><br> ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE <br><br> (ECF No. 43) |

Plaintiffs, Crystal Geyser Water Company and Sompo Japan Insurance Company of America, and Defendant, International Chemical Corp., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 43). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **January 7, 2019**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2